**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:07CR66** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **TERRELL TAYLOR,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion for an extension of time by defendant Terrell Taylor (Taylor) (Filing No. 33). Taylor seeks a continuance of sixty days of the trial which is now scheduled for April 24, 2007 (Filing No. 10)[1]. Taylor has filed an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 13). Upon consideration, the motion will be granted

**IT IS ORDERED:**

Defendant Taylor's motion for an extension of time (Filing No. 12) is granted. Trial of this matter is rescheduled before Judge Laurie Smith Camp and a jury **on June 12, 2007.** The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 4, 2007 and June 12, 2007**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 4th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] The motion erroneously refers to a pretrial motion deadline. Taylor's counsel has reported to the court that the motion relates to a continuance of the trial.